# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| MAIR HOLDINGS, INC. and BIG SKY TRANSPORTATION COMPANY, d/b/a, Big Sky Airlines § § § § Plaintiffs, § § VS. § AIRLINE PILOTS ASSOCIATION INTERNATIONAL, § § § § Defendants. § | CIVIL ACTION NO. H-06-4108 |

## ORDER

The defendant, the Air Line Pilots Association, International, has moved for an extension of time, asking to defer responding to the motion for partial summary judgment filed by the plaintiffs, MAIR Holdings, Inc. and Big Sky Transportation Company, d/b/a Big Sky Airlines, until thirty days after this court has ruled on the pending (but not yet fully briefed) motion to transfer the venue of this action to the United States District Court for the District of Minnesota. (Docket Entry No. 21).  The transfer motion is filed under 28 U.S.C. § 1404(a).  In response, plaintiffs argue that there is no need to defer the response to the partial summary judgment motion until the transfer motion is decided because the applicable law is the same in both this court and in the proposed transferee court. (Docket Entry No. 22).

This court agrees that it is not necessary to defer requiring the defendant to respond to the partial summary judgment motion until the ruling on the motion to transfer. Judicial efficiency is better served by having both motions fully briefed. Accordingly, the motion for extension is denied. In light of the delay resulting from this motion, the response to the motion for partial summary judgment is not due until April 18, 2007.

SIGNED on March 28, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge